

**ORDERED in the Southern District of Florida on February 11, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Adrian Barzola                    Case No: 14-15249-RAM
                                           Chapter 13

_____Debtor_____/

### ORDER GRANTING DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL

**THIS MATTER** having come to be heard on this 10th day of February, 2015 upon hearing on Debtor's Notice of Voluntary Dismissal, IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Notice of Voluntary Dismissal is granted.
2. The Clerk of Court is directed to issue an Order Dismissing the instant case with prejudice for a period of 180 days.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.